

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

4 Star General Contracting, Inc.,      * From the 161st District Court
of Ector County,
Trial Court No. B24101205CV.

Vs. No. 11-24-00317-CV      * February 6, 2025

The Odessa Family YMCA,      * Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Appellant's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against 4 Star General Contracting, Inc.